UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-10810 |
| FLETCHER LAUNDRY I, LLC and | ) | |
| FLETCHER LAUNDRY II, LLC | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

### ORDER GRANTING (I) EXTENSION OF INTERIM ORDER AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION AND (II) FINAL HEARING DATE

WHEREAS FLETCHER LAUNDRY I, LLC and FLETCHER LAUNDRY II, LLC, as debtors and debtors-in-possession (the "Debtor") in the above-captioned chapter 11 case, obtained entry of an Interim Order Authorizing the Debtor to Use Cash Collateral, Granting Adequate Protection, and Scheduling a Final Hearing for Relief (the "Interim Order");

WHEREAS, due and adequate notice of the Interim Order has been given; and

WHEREAS, no objections to the continued use of cash collateral, pursuant to the Order dated May 8, 2014, having been filed with the Court or received by the Debtor,

IT IS HEREBY ORDERED:

A.  The terms of the Interim Order are extended through and including June 10, 2014.

B.  A final hearing on the relief contemplated by the Interim Order shall take place on June 10, 2014 at 10:00AM (CST)

Enter:

Dated: MAY 28 2014

*Donald R. Cassling*
United States Bankruptcy Judge

**Prepared by:**
David Herzog
HERZOG & SCHWARTZ, P.C.
77 West Washington Street
Suite 1717
Chicago, Illinois 60602
Phone: (312) 977-1700

Rev: 20120501_bko